(No. 6052-)

THE AMERICAN APPRAISAL CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 27, 1971.*

THE AMERICAN APPRAISAL CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Perlin, C.J.